IAIN CURTIS-SHANLEY, Appellant, v BANK OF AMERICA, Respondent.

Submitted February 10, 2014; decided February 25, 2014

Motion by appellant to strike respondent's affirmation in opposition to the motion for leave to appeal denied.

IAIN CURTIS-SHANLEY, Appellant, v BANK OF AMERICA, Respondent.

Submitted February 18, 2014; decided February 25, 2014

Motion by J. Shanley for leave to appear amicus curiae on the motion for leave to appeal herein denied.

SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted February 3, 2014; decided February 25, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 979 (2013)].

In the Matter of JOHN D. JUSTICE, Appellant, v ANDREA W. EVANS, Chairwomen, New York State Division of Parole, Respondent.

Submitted January 27, 2014; decided February 25, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided February 25, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).